RECEIVED BY MAIL
OCT 03 2000
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Mary J. Lockhart,<br><br>Plaintiff,<br><br>v.<br><br>SCIMED Life Systems, Inc., and Boston Scientific Corporation,<br><br>Defendants. | Case No. 00-2100 MJD/JGL<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND AND ORDER** |

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate that defendants have until and including October 18, 2000, to answer or otherwise respond to the Summons and Complaint that plaintiff served upon defendants in the above matter. The parties, by and through their undersigned counsel, further agree that this Stipulation in no manner constitutes a waiver by defendants of any matter, any defense, any affirmative defense, and/or any arguments under law or equity, including but expressly not limited to those defenses available pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure.

FILED OCT 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK



10/02/00 17:01 HENNING AND SNOXELL → 6123339579 NO. 094 D03

**HENNINGSON & SNOXELL, LTD.**

Dated: 10/2/00

Mark V. Steffenson #178457
Scott A. Wold #252086
6160 Summit Drive #640
Brooklyn Center, Minnesota 55430
(612) 560-5700
***Attorneys for Plaintiff***

**FLYNN & GASKINS, L.L.P.**

Dated: 10/2/00

Barbara Jean D'Aquila #2112X
Cynthia A. Bremer #273119
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendants***



10/02/00 17:01 HENNING AND SNOXELL → 6123339579 NO.094 D04

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above stipulation of counsel: that defendants have until and including October 18, 2000, to answer or otherwise respond to the Summons and Complaint that plaintiff served upon defendants; and that this Stipulation and Order in no manner constitute a waiver by defendants of any matter, any defense, any affirmative defense, and/or any arguments under law or equity, including but expressly not limited to those defenses available pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure.

Oct. 3, 2000

Jonathan G. Lebedoff
United States Magistrate Judge



10/02/00 17:02 HENNING AND SNOXELL → 6123339579 NO.094 005