UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Mary J. Lockhart,<br><br>Plaintiff,<br><br>vs.<br><br>SCIMED Life Systems, Inc., and Boston Scientific Corporation,<br><br>Defendants. | Case No. 00-2100 MJD/JGL<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY AND ORDER |

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Mary J. Lockhart, through her counsel, and by Defendants SCIMED Life Systems, Inc. and Boston Scientific Corporation, through their counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action may and shall be dismissed in its entirety on the merits, with prejudice and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party.

JAN 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 25 2001
DEPUTY CLERK

Dated: 1/18/01

Mark V. Steffenson #178457
Scott A. Wold #252086
HENNINGSON & SNOXELL, LTD.
6160 Summit Drive #640
Brooklyn Center, Minnesota 55430
(612) 560-5700
*Attorneys for Plaintiff*

Dated: 1/22/01

Barbara Jean D'Aquila #2112X
Cynthia A. Bremer #273119
FLYNN & GASKINS, L.L.P.
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
*Attorneys for Defendants*

ORDER

It having been brought to the Court's attention the fact that all parties agree to dismiss this action in its entirety with prejudice and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party,

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party.

LET JUDGMENT OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY BE ENTERED ACCORDINGLY.

SO ORDERED this 25th day of January, 2001.

BY THE COURT:

Michael J. Davis

The Honorable Michael J. Davis
UNITED STATES DISTRICT COURT JUDGE